UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 21-60092-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**KHRISHUN GLOVER**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Patrick Hunt Following Change of Plea Hearing [ECF No. 14]. On July 28, 2021, Magistrate Judge Hunt held a Change of Plea hearing during which Defendant pled guilty to Counts One and Two of the Indictment [ECF No. 1] pursuant to a written plea agreement [ECF No. 12]. Magistrate Judge Hunt thereafter issued a Report and Recommendation on Change of Plea [ECF No. 14]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 14] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Khrishun Glover as to Counts One and Two of the Indictment is **ACCEPTED**;

3. Defendant Khrishun Glover is adjudicated guilty of Counts One and Two of the Indictment. Count One charges Defendant with access device fraud, in violation of 18

CASE NO. 21-60092-CR-CANNON

U.S.C. § 1029(a)(2) [ECF No. 1].  Count Two charges Defendant with aggravated identity theft, in violation of 18 U.S.C. §§ 1028A(a)(1) and (2) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 16th day of August 2021.

                                                    **AILEEN M. CANNON**
                                           **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record